UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYWAUN COAKLEY,

    Petitioner,

v.

CASE NO. 2:19-CV-10241
HON. NANCY G. EDMUNDS

JOHN CHRISTIANSEN,

    Respondent.

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Nancy G. Edmunds, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

                                          s/ Nancy G. Edmunds
                                          NANCY G. EDMUNDS
                                          UNITED STATES DISTRICT JUDGE

Dated: June 3, 2021